UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PATRICK VACCARO,

                          Plaintiff,

             v.                                    1:17-cv-618 S

WEINBERG MEDIATION GROUP, LLC, et al.,

                          Defendants.
_____

## CLERK'S ENTRY OF DEFAULT

        It appearing that Defendants

Weinberg Mediation Group, LLC and Szczur Financial, LLC,

are in Default for failure to appear or otherwise defend as required by law, Default is
hereby entered as against said defendants on this day of April 23, 2018.

                              MARY C. LOEWENGUTH
                                 Clerk of Court
                            United States District Court

                              By: s/Kirstie L. Henry
                                   Deputy Clerk